UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONALD LEE GARDNER, # 797891,

        Petitioner,        Case No. 1:13-cv-692

v.        Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.

_____/

## ORDER

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  September 19, 2016        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                   United States District Judge