UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RONALD LEE GARDNER, # 797891,

        Petitioner,               Case No. 1:13-cv-692

v.                                  Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.


Dated:   September 19, 2016             /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge